| AO-10 (WP)<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Conlon, Suzanne B. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>3/1/05 |
| --- | --- | --- |
| 4. Title *(Article III judges indicate active or senior status;*<br>*magistrate judges indicate full- or part-time)*<br><br>Article III Judge, Senior Status | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>1/1/04 to 12/31/04 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Suite 2356<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| [ ] NONE (No reportable positions.) | |
| 1 Advisory Board | DePaul University School of Law, Intl. Human Rights Law Institute |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
| --- | --- | --- |
| A. Filer's Non-Investment Income | | |
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
| --- | --- | --- |
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

RECEIVED 2005 MAR -1 A 11: 03 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conlon, Suzanne B. | 3/1/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | American Bar Association, Judicial Division | Feb. 5-8 - San Antonio, TX, Mid-Year Meeting (airfare, partial lodging and ground transportation) |
| 2 | Practising Law Institute | July 21 - San Francisco, CA, Speaker, Patent Seminar (airfare, lodging, ground transportation and meals) |
| 3 | Foundation for Research on Economics and the Environment/Montana State University | Sept. 14-19 - Gallatin Gateway, MT, Illicit Drugs, Civil Society & the Environment (airfare, lodging, ground transportation and meals) |
| 4 | George Mason University Law & Economic Center | Oct. 7-10 - LaJolla, CA, Colloquium on International Law (airfare, ground transportation and meals) |
| 5 | The Aspen Institute | Oct. 15-17 - Queenstown, MD, Intl. Human Rights & Humanitarian Law (airfare, lodging, ground transportation and meals) |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities.) | | |
| 1 | First Interstate Bank | Ranch mortgage [VII, 1.8] | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 Vanguard Capital Appr. | A | div. | K | T | | | | | |
| 2 Columbia High Yield Municipal Fund | C | div./int. | L | T | partial sale | 1/27 5/27 | J J | A A | |
| 3 Columbia Managed Municipal Fund | B | div./int. | K | T | partial sale | 1/27 5/17 | J J | A A | |
| 4 Columbia Municipal Money Market | A | int. | J | T | | | | | |
| 5 Vanguard GNMA (IRA) | C | int. | L | T | | | | | |
| 6 Vanguard Money Market (IRA) | B | int. | K | T | partial sale | 10/20 | J | A | |
| 7 Vanguard Tax-Exempt Money Market | A | int. | M | T | buy | 11/9 | M | | |
| 8 MT Ranch ███████ | C | crop sales | O | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conlon, Suzanne B. | 3/1/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____       Date ___3/1/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544